**Order entered April 27, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00204-CV

## IN RE THE CITY OF MESQUITE, TEXAS, BRUCE ARCHER IN HIS OFFICIAL CAPACITY AS MAYOR OF THE CITY OF MESQUITE, ET AL, Relators

**Original Proceeding from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 104439-CC2**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus as moot to the extent relators complain of the amended temporary restraining order, and we **DENY** the petition as premature to the extent relators seek relief regarding their jurisdictional and venue challenges.

/s/    AMANDA L. REICHEK
        JUSTICE